UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

------------------------------------------------------
|                          |   :   |                          |
| ALFRED HOLLY,            |   :   | CASE NO. 1:16-CV-2991    |
|                          |   :   |                          |
|        Plaintiff,        |   :   |                          |
|                          |   :   |                          |
| vs.                      |   :   | DISMISSAL ORDER          |
|                          |   :   |                          |
| GARY MOHR, *et al.*,     |   :   |                          |
|                          |   :   |                          |
|        Defendants.       |   :   |                          |
|                          |   :   |                          |
------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

*Pro se* plaintiff Alfred Holly filed this civil rights action on December 14, 2016. He did not pay the filing fee or an application to proceed *in forma pauperis*. Accordingly, on March 7, 2017, in an order that was mailed to the plaintiff at the address he provided, the plaintiff was ordered either to pay the full filing fee or any application to proceed *in forma pauperis* within thirty days. The order expressly notified the plaintiff that his case may be dismissed if he did not do so. (*See* Doc. No. 2.)

To date, the plaintiff has not paid the filing fee or submitted an application to proceed *in forma pauperis*. Accordingly, this action is hereby dismissed without prejudice for want of prosecution. *See McGore v. Wrigglesworth*, 114 F.3d 601, 605 (6th Cir. 1997); *Erby v. Kula*, Case No. 03-2377, 2004 WL 2320326 (6th Cir. Sept. 20, 2004) (affirming dismissal of § 1983 action for want of prosecution where prisoner failed to comply with court's deficiency order).

The Court further certifies, pursuant to 28 U.S.C. §1915(a)(3), that an appeal from this decision could not be taken in good faith.

IT IS SO ORDERED.

Dated: April 12, 2017                    *s/     James S. Gwin*
                    JAMES S. GWIN
                    UNITED STATES DISTRICT JUDGE